# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A/ THE ADVOCATE

NO.   2024 CW 0861

**OCTOBER 17, 2024**

---

In Re:   Scott Sternberg and Sternberg, Naccari & White, L.L.C.,
         applying for supervisory writs, 18th Judicial District
         Court, Parish of Iberville, No. 79978.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT